UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ALLISON HYPOLITE,

                    Plaintiff,

       - against -

HEALTH CARE SERVICES OF NEW YORK
INC. et al.,

                    Defendants.
_____

16cv4922 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Counsel for the plaintiffs should provide the Court **by 6:00 p.m. today** the total number of hours spent on this case to date together with counsel's usual billing rate.

SO ORDERED.

Dated:    New York, New York
         November 26, 2018

                               John G. Koeltl
                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2018