LAW OFFICE OF WILLIAM COUDERT RAND
501Fifth Avenue, 15th Floor
New York, New York 10017
Phone: (212) 286-1425; Fax: (646) 688-3078
Email: wcrand@wcrand.com

November 26, 2018

**VIA EMAIL**
Joshua_Bussen@nysd.uscourts.gov

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom: 12B
New York, NY 10007-1312
    Chambers Phone: (212) 805-0222
    Deputy Phone: (212) 805-0107

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2018

Re:     ALLISON HYPOLITE et al. v. HOME HEALTH CARE SERVICES OF NEW YORK INC. et al., 16 Civ. 4922 (JGK)(JLC)

Dear Judge Koeltl:

    This firm represents the Plaintiff in the above referenced Fair Labor Standards Act ("FLSA") putative class and collective action. I am writing in response to your request for the total number of hours spent on the case to date, together with counsel's usual billing rate.

    The total number of hours spent on this case to date is 502.1 hours. This number is equal to the 624.1 total hours listed on the time records attached as Exhibit C to the Rand Declaration minus the 125 hours of estimated future hours listed on Exhibit C, plus the 3 hours spent since the Declaration preparing for the settlement hearing and speaking with the client.

    My usual billing rate is $450 per hour, but my usual billing rate for large, complex cases is $550 per hour. The rate to be applied to calculate a lodestar is a rate "in line with ... prevailing [rates] in the community for similar services by lawyers of reasonable comparable skill, expertise and reputation." Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984). Here I believe that $550 is the prevailing rate in the community for similar services by lawyers of reasonably comparable skill, expertise and reputation. See Brief in Support of Final Approval at pp. 12-13.

                              Respectfully,

*This letter should be filed -*
*So ordered.*
*[signature]*
*U.S.D.J.*
*11/26/18*

                              s/William C. Rand

                              William C. Rand, Esq.

cc: Defense Counsel via Email
Robert J. Fluskey
HODGSON RUSS LLP
140 Pearl Street
Buffalo, NY 14202
Email:   RFluskey@hodgsonruss.com